UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | EDGAR/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:07-CR-137-005 |
| | ) | |
| JUAN RUIZ-NUNEZ | ) | |

**O R D E R**

On March 5, 2008, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant Juan Ruiz-Nunez's

("Defendant") plea of guilty to Count One of the Indictment, to the extent it charges conspiracy

to distribute 500 grams or more of methamphetamine in violation of 841(a)(1) and (b)(1)(A) and

846, in exchange for the undertakings made by the government in the written plea agreement; (b)

the Court adjudicate Defendant guilty of the charges set forth in Count One, to the extent it

charges conspiracy to distribute 500 grams or more of methamphetamine in violation of

841(a)(1) and (b)(1)(A) and 846; (c) that a decision on whether to accept the plea agreement be

deferred until sentencing; and (d) Defendant shall remain in custody pending sentencing in this

matter.  Neither party filed an objection within the given ten days.  After reviewing the record,

the Court agrees with the magistrate judge's report and recommendation.  Accordingly, the

Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. No.

99] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One, to the extent it charges conspiracy to

distribute 500 grams or more of methamphetamine in violation of 841(a)(1) and (b)(1)(A) and

846, in exchange for the undertakings made by the government in the written plea agreement, is

**ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment, to the extent it charges conspiracy to distribute 500 grams or more of methamphetamine in violation of 841(a)(1) and (b)(1)(A) and 846;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** in custody pending sentencing on **Monday, July 14, 2008 at 1:30 pm.**

**SO ORDERED.**

**ENTER this the 24th day of March, 2008.**

_____*/s/ R. Allan Edgar*_____
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE

2